(106 So. 621)

## C. P. HAMMOND v. STEVENS MOTOR CO.
### (6 Div. 572.)

(Supreme Court of Alabama. Dec. 17, 1925.)

Certiorari to Court of Appeals.

Lange & Simpson and M. L. Robinson, all of Birmingham, for petitioner.

McColough & Slaughter, of Birmingham, opposed.

PER CURIAM. Petition of C. P. Hammond for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Hammond v. Stevens Motor Co., 106 So. 620.

Application for certiorari dismissed, having been filed too late. Superior Court rule 44; Code 1923, vol. 4, p. 894.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.